**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| JAVARIS ANTONIO BYRD,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ROWAN, *et al.*,<br><br>Defendants. | CIVIL ACTION NO.: 4:26-cv-227 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's September 15, 2026, Report and Recommendation, (doc. 9), to which plaintiff has filed an objection, (doc. 10). Plaintiff's Objection does not dispute the Magistrate Judge's analysis of the facts or the law. Instead, it urges the merits of a family-court-related dispute that, apparently, forms the context of the claims asserted. (Id. at pp. 1–2.) It also asserts that the District Attorney of Chatham County, Georgia and a Superior Court judge are not entitled to immunity because of general allegations of misconduct apparently unrelated to any of Plaintiff's claims. (See id. at pp. 2–5.) Finally, he alleges that Defendant Rowan was engaged in unrelated misconduct, (id. at pp. 5–6), but never disputes that the criminal case that might support the malicious prosecution claim identified by the Magistrate Judge has not terminated in his favor, (see doc. 9, p. 8.) Since his Objection does not identify any defect in the Magistrate Judge's sound conclusion that his Complaint fails to state any claim upon which relief can be granted, it is **OVERRULED**. (Doc. 10.) Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc.

9.) Plaintiff's Complaint is **DISMISSED**. (Doc. 1.) The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 30th day of September, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA